OFFICER'S RETURN

FILED

2003 NOV 26  P 1:32

US DISTRICT COURT
HARTFORD CT

**PREMIER CAPITAL, LLC, SUCCESSOR IN INTEREST TO RMA PARTNERS**

VS

2:92CV13(AVC)

**FRANCIS R. KUCZA**

STATE OF CONNECTICUT }
                         } S.S. SOUTHINGTON          OCTOBER 17, 2003
COUNTY OF HARTFORD }

     THEN AND BY VIRTUE HEREOF, I MADE DEMAND ON SAVINGS BANK OF MANCHESTER FKA 1ST FEDERAL SAVINGS FOR THE AMOUNT OF THIS EXECUTION AND MY FEES THEREON. THE BANK EXECUTION WAS RETURNED TO ME UNSATISFIED BECAUSE IT WAS WITHDRAWN BY THE MOVING PARTY.

     I THEREFORE RETURN THIS EXECUTION TOTALLY UNSATISFIED.

ATTEST:

DAVID F HUBBS
CT STATE MARSHAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

### APPLICATION FOR AND WRIT OF EXECUTION

### BANKING INSTITUTION

**APPLICATION**

To the United States District Court for the District of Connecticut at Hartford, Connecticut, in connection with a judgment therein on February 4, 1994, Docket No. 2:92CV-13 (AVC) **Case Name**

RMA Partners v. Francis R. Kucza, et al.

**NAME OF BANKING INSTITUTION:**

First Federal Savings, 1065 Main Street, East Hartford, CT

**NAME OF JUDGMENT CREDITOR MAKING APPLICATION:**          **OF (TOWN)**

Premier Capital, LLC, 226 Lowell Street, Wilmington, MA
successor in interest to RMA Partners

**NAME OF JUDGMENT DEBTOR:**          **OF (TOWN)**

Francis R. Kucza, 87 Greenlawn Street, East Hartford, CT

| | | |
|---|---|---|
| 1. | **AMOUNT OF JUDGMENT:** | $35,152.18 |
| 2. | **AMOUNT OF COSTS:** | 0.00 |
| 3. | **TOTAL JUDGMENT AND COSTS:** | $35,152.18 |
| 4. | **TOTAL PAID ON ACCOUNT:** | $ 0.00 |
| 5: | **TOTAL UNPAID JUDGMENT:** | $35,152.18 |

_____          DATED  7/23/03
(Name of attorney or party
making application and address)

Frederic S. Ury, Esquire
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393
Federal Bar No. ct05827

## ASSIGNMENT OF JUDGMENT

RMA Partners, L.P. doing business at 1000 Main Street, New Rochelle, NY 10801 ("Assignor"), in consideration of the sum of Ten Dollars ($10.00) and other valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, assign, transfer and convey unto Premier Capital, LLC. a Limited Liability Company organized and existing under the laws of the state of Delaware, doing business at 226 Lowell Street, Wilmington, MA 01887 ("Assignee"), all right, title and interest in, if any, that certain

Judgment rendered in the United States District Court for the District of Connecticut, on or about April 26, 1993, in Civil Action No. 92-CV-013, entitled RMA Partners, Plaintiff, vs. M/V "Low Bidder," her engines, tackle, appurtenances, etc., IN REM; and BLUE WATER MARINE & TACKLE, INC. and FRANCIS R. KUCZA, in personam, Defendant

TO HAVE AND TO HOLD unto Assignee, its successors and assigns forever.

This assignment is made by Assignor without recourse and without representation or warranty.

IN WITNESS WHEREOF, Assignor has caused this instrument to be executed this 20th day of July, 2001 and effective as of January 12, 2001.

RMA Partners, LP

By: _____
Richard Gleicher, its Attorney-In-Fact, pursuant to a
Power of Attorney, copy of which is attached, to which
Reference may be made.

STATE OF MASSACHUSETTS

July 20, 2001

COUNTY OF MIDDLESEX

On this, the 20th day of July, 2001, before me the undersigned officer, personally appeared *Richard Gleicher*, who acknowledged himself to be acting on behalf of RMA Partners, L.P. and that he, being authorized to do so, executed the foregoing instrument for the purposes therein contained as his free act and deed and the free act and deed of RMA Partners, LP, by signing the name of RMA Partners, LP, by himself as Attorney-In-Fact.

_____
Notary Public
My Commission Expires: october 25, 2007

| EXEMPTION CLAIM FORM<br>BANK EXECUTION<br>JD-CV-24a Rev. 4-97<br>C.G.S. 31-58(j), 52-321a, 52-350a, 52-352b, 52-361a,<br>52-367b, 29 U.S.C. 206(a)(1) | STATE OF CONNECTICUT<br>SUPERIOR COURT | |
|---|---|---|

NAME AND ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY *(To be completed by plaintiff)*

TO:
Francis R. Kucza
87 Greenlawn Street
East Hartford    CT    06108

### SECTION I *(To be completed by plaintiff)*

☐ Judicial District  ☐ Housing Session  ☐ G.A. No. ____

NAME AND ADDRESS OF COURT (No., Street, Town and Zip Code)
U.S. District Court, 450 Main Street, Hartford, CT 06106

NAME OF JUDGMENT DEBTOR: Francis R. Kucza

DOCKET NO.: 2:92CV-13 (AVC)

### SECTION II *(To be completed by banking institution - see instructions on page 2)*

NAME AND ADDRESS OF BANKING INSTITUTION TO WHICH EXEMPTION CLAIM *(IF ANY)* IS TO BE RETURNED

DATE OF MAILING TO JUDGMENT DEBTOR

DESCRIPTION OF ACCOUNT(S) AND AMOUNT(S) REMOVED PURSUANT TO EXECUTION

### SECTION III — NOTICE TO JUDGMENT DEBTOR

As a result of a judgment entered against you, the attached execution has been issued against funds deposited by you in the banking institution named above. In compliance with this execution, the banking institution has removed from the account(s) enumerated above the amount of money indicated above.

**THE MONEY IN YOUR ACCOUNT(S) MAY BE EXEMPT FROM EXECUTION** - The money in your account(s) may be protected from execution by state statutes or by other laws or regulations of this state or of the United States. A checklist and a description of the exemptions established by law are set forth on the page 2.

**HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW** - If you wish to claim that the money in your account(s) is exempt by law from execution, you must fill out and sign before a proper official the Affidavit of Claim of Exemption below and mail or deliver this exemption claim form to the banking institution at the above address. This form must be received by the banking institution no later than 15 days from the DATE OF MAILING TO THE JUDGMENT DEBTOR indicated above.

Upon receipt of this form the bank will forward it to the Superior Court and the court clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.

### SECTION IV — AFFIDAVIT OF CLAIM OF EXEMPTION ESTABLISHED BY LAW

I, the judgment debtor named above, hereby claim and certify under the penalty of false statement that the money in the above account(s) is exempt by law from execution as follows:

| ACCOUNT NUMBER<br><br>AMOUNT CLAIMED TO BE EXEMPT | DESCRIBE CLAIMED EXEMPTION ESTABLISHED BY LAW |
|---|---|
| ACCOUNT NUMBER<br><br>AMOUNT CLAIMED TO BE EXEMPT | DESCRIBE CLAIMED EXEMPTION ESTABLISHED BY LAW |

☐ Additional sheet(s) attached hereto and made a part hereof *(if necessary)*.

| SIGNED *(Individual attorney or pro se party)*<br>X<br>COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR<br><br>TELEPHONE NO. | DATE SIGNED | STATE OF CONNECTICUT, COUNTY OF<br>} SS<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS<br>____ DAY OF _____, 19 ___<br>SIGNED *(Notary Public, Commissioner of Superior Court)*<br>X |

Page 1 of 2

## CHECKLIST AND DESCRIPTION OF EXEMPTIONS ESTABLISHED BY LAW

1. Public Assistance payments and any wages earned by a public assistance recipient under an incentive earnings or similar program. (C.G.S. 52-352b(d))
2. Health and disability insurance payments. (C.G.S. 52-352b(e))
3. Worker's Compensation, social security, veterans and unemployment benefits. (C.G.S. 52-352b(g))
4. Court approved payments for child support. (C.G.S. 52-352b(h))
5. Any assets or interests of a judgment debtor in, or payments received by the judgment debtor from, a plan or arrangement described in C.G.S. 52-321a. (C.G.S. 52-352b(m))
6. Alimony and support, other than child support, but only to the extent that wages are exempt from execution under section 52-361a*. (C.G.S. 52-352b(n))
7. An award under a crime reparations act. (C.G.S. 52-352b(o))
8. All benefits allowed by any association of persons in this state towards the support of any of its members incapacitated by sickness or infirmity from attending to his usual business; and all monies due the debtor from any insurance company upon any insurance policy issued on exempt property, to the same extent that the property was exempt. (C.G.S. 52-352b(p), (q))
9. Any interest of the judgment debtor in any property not to exceed in value one thousand dollars. (C.G.S. § 52-352b(r))
10. Irrevocable transfers of money to an account held by a bona fide nonprofit debt adjuster licensed pursuant to sections 36a-655 to 36a-665, inclusive, of the general statutes for the benefit of creditors of the judgment debtor. (C.G.S. 52-352b(u))
11. There may be other laws or regulations of this state or of the United States which set forth additional exemptions.

*The following is that part of C.G.S. 52-361a which denotes what portion of wages is exempt from execution:

*The maximum part of the aggregate weekly earnings of an individual which may be subject to levy or other withholding for payment of a judgment is the lesser of (1) twenty-five per cent of his disposable earnings for that week, or (2) the amount by which his disposable earnings for that week exceed forty times the higher of (A) the minimum hourly wage prescribed by Section 6(a)(1) of the Fair Labor Standards Act of 1938, U.S.C. tit. 29, Section 206(a)(1), or (B), the full minimum fair wage established by subsection (j) of Section 31-58, in effect at the time the earnings are payable.*

*C.G.S. 52-350a(4) defines "disposable earnings" as that part of the earnings of an individual remaining after the deduction from those earnings of amounts required to be withheld for payment of federal income and employment taxes, normal retirement contributions, union dues and initiation fees, group life insurance premiums, health insurance premiums, federal tax levies, and state income tax deductions authorized pursuant to C.G.S. 12-34b.*

## INSTRUCTIONS

### TO BANKING INSTITUTION

1. Complete section II of this form and send 2 copies of this form and the bank execution form to the judgment debtor pursuant to section 52-367b of the General Statutes.

2. If this claim of exemption is returned completed, fill out section V of this form and mail, within two business days, to the issuing clerk's office at the address of court indicated on the front side. See additional instructions on the bank execution, form.

### TO CLERK

1. Attach this form to each bank execution issued in a civil or family matter against a judgment debtor that is a natural person.
2. Deliver the execution along with this form to the judgment creditor requesting the execution.
3. If judgment debtor completes and returns this form claiming an exemption, enter the appearance of the judgment debtor with address set forth on page 1.
4. Set matter down for short calendar hearing.
5. Complete section VI below.
6. Send file-stamped copy of this form to judgment debtor and judgment creditor.
7. After hearing, send copy of any order entered to the banking institution.

### SECTION V (To be completed by banking institution upon return of exemption claim form)

| DATE CLAIM RECEIVED | DATE MAILED TO COURT | NAME OF BANK OFFICER | TELEPHONE NO. |
|---|---|---|---|
| | | | |

### SECTION VI — NOTICE TO JUDGMENT DEBTOR AND JUDGMENT CREDITOR

The assets in dispute are being held for (1) forty-five days from the date the exemption claim form was received by the banking institution designated on the front of this form or (2) until disposition is ordered by the court at a hearing to be held at short calendar on the date set forth below, whichever occurs earlier.

| DATE OF HEARING | TIME OF HEARING ☐ A.M. ☐ P.M. | SIGNED (Assistant Clerk) | DATE SIGNED |
|---|---|---|---|
| | | | |

### ORDER AFTER HEARING

The Court/Magistrate, having held a hearing to determine the issues raised by this claim, hereby orders that:




| SIGNED (Judge/Magistrate) | DATE SIGNED |
|---|---|
| | |

JD-CV-24a (page 2) Rev. 4-97      Page 2 of 2

## EXECUTION

**TO ANY PROPER OFFICER:**

Whereas on said Date of Judgment the above-named Judgment Creditor recovered a judgment against the above-named Judgment Debtor before the above-named Court for the amount of damages and costs above, as appears on record, whereof execution remained to be done. These thereby by **AUTHORITY OF THE UNITED STATES TO COMMAND YOU:**

Within seven (7) days from your receipt of this execution, make demand upon the main office of any banking institution having its main office within your precincts, or if such main office is not within your precincts and such banking institution has one or more branch office within your precincts, upon an employee of such a branch office, such employee and such branch office having been designated by the banking institution in accordance with regulations adopted by the banking commissioner, for payment to you pursuant to section 52-367b of the Connecticut General Statutes and Connecticut Public Act 83-384 for any nonexempt debt due said Judgment Debtor, which sum shall not exceed the total unpaid debt damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment from its date and until the time when this execution shall be satisfied, plus your own fee. After having made such demand, your are directed to serve a true and attested copy of this execution, together with the attached affidavit and exemption claim form, with your doings endorsed thereon, with the banking institution office upon whom such demand was made. Said sum shall be received by you and applied on this execution in accordance with the provision of Section 52-367b of the Connecticut General Statutes.

**HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW.**

Dated at HARTFORD, Connecticut this 24th day of July 2003.

Kevin F. Rowe, Clerk

By A. Montgomery
Deputy Clerk

## RETURN OF SERVICE

STATE OF CONNECTICUT  :
: ss:
COUNTY OF  :

On the _____ day of _____, 1991, then and there I duly served the foregoing application, order and execution on _____

_____

by leaving with or at the usual place of abode of _____,

a true and attested copy of the original application, order and execution.

Attest:_____
Proper Officer

_____
Title