**OFFICER'S RETURN**

*FILED*

*2003 NOV 26 P 1: 32*

*US DISTRICT COURT*
*HARTFORD CT*

**PREMIER CAPITAL, LLC, SUCCESSOR IN INTEREST TO RMA PARTNERS**

*2:92CV13(AVC)*

**VS**

**FRANCIS R. KUCZA**

STATE OF CONNECTICUT}
                } S.S. SOUTHINGTON           OCTOBER 17, 2003
COUNTY OF HARTFORD  }

    THEN AND BY VIRTUE HEREOF, I MADE DEMAND ON SAVINGS BANK OF
MANCHESTER FOR THE AMOUNT OF THIS EXECUTION AND MY FEES THEREON.
THE BANK EXECUTION WAS RETURNED TO ME UNSATISFIED BECAUSE IT WAS
WITHDRAWN BY THE MOVING PARTY.

    I THEREFORE RETURN THIS EXECUTION TOTALLY UNSATISFIED.

ATTEST:

DAVID F HUBBS
CT STATE MARSHAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

### APPLICATION FOR AND WRIT OF EXECUTION

#### BANKING INSTITUTION

## APPLICATION

To the United States District Court for the District of Connecticut
at  Hartford        , Connecticut, in connection with a judgment therein on
February 4, 19 94  , Docket No.  2:92CV-13 (AVC)  **Case Name**

RMA Partners v. Francis R. Kucza, et al.

## NAME OF BANKING INSTITUTION:

Savings Bank of Manchester - East Hartford, 1065 Main Street, East Hartford

## NAME OF JUDGMENT CREDITOR MAKING APPLICATION:          OF (TOWN)

Premier Capital, LLC, 226 Lowell Street, Wilmington, MA
successor in interest to RMA Partners

## NAME OF JUDGMENT DEBTOR:                    OF (TOWN)

Francis R. Kucza, 87 Greenlawn Street, East Hartford, CT

| | | |
|---|---|---|
| 1. | **AMOUNT OF JUDGMENT:** | $35,152.18 |
| 2. | **AMOUNT OF COSTS:** | 0.00 |
| 3. | **TOTAL JUDGMENT AND COSTS:** | $35,152.18 |
| 4. | **TOTAL PAID ON ACCOUNT:** | $    0.00 |
| 5: | **TOTAL UNPAID JUDGMENT:** | $35,152.18 |

DATED  7/23/03

(Name of attorney or party
making application and address)

Frederic S, Ury, Esquire
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393
Federal Bar No. ct05827

## ASSIGNMENT OF JUDGMENT

RMA Partners, L.P. doing business at 1000 Main Street, New Rochelle, NY 10801 ("Assignor"), in consideration of the sum of Ten Dollars ($10.00) and other valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, assign, transfer and convey unto Premier Capital, LLC. a Limited Liability Company organized and existing under the laws of the state of Delaware, doing business at 226 Lowell Street, Wilmington, MA 01887 ("Assignee"), all right, title and interest in, if any, that certain

Judgment rendered in the United States District Court for the District of Connecticut, on or about April 26, 1993, in Civil Action No. 92-CV-013, entitled RMA Partners, Plaintiff, vs. M/V "Low Bidder," her engines, tackle, appurtenances, etc., IN REM; and BLUE WATER MARINE & TACKLE, INC. and FRANCIS R. KUCZA, in personam, Defendant

TO HAVE AND TO HOLD unto Assignee, its successors and assigns forever.

This assignment is made by Assignor without recourse and without representation or warranty.

IN WITNESS WHEREOF, Assignor has caused this instrument to be executed this 20th day of July, 2001 and effective as of January 12, 2001.

RMA Partners, LP

By: _____

Richard Gleicher, its Attorney-In-Fact, pursuant to a Power of Attorney, copy of which is attached, to which Reference may be made.

STATE OF MASSACHUSETTS

July 20, 2001

COUNTY OF MIDDLESEX

On this, the 20th day of July, 2001, before me the undersigned officer, personally appeared Richard Gleicher, who acknowledged himself to be acting on behalf of RMA Partners, L.P. and that he, being authorized to do so, executed the foregoing instrument for the purposes therein contained as his free act and deed and the free act and deed of RMA Partners, LP, by signing the name of RMA Partners, LP, by himself as Attorney-In-Fact.

_____

Notary Public
My Commission Expires: october 25, 2007

**EXEMPTION CLAIM FORM**
**BANK EXECUTION**

JD-CV-24a  Rev. 4-97
C.G.S. 31-58(j), 52-321a, 52-350a, 52-352b, 52-361a,
52-367b, 29 U.S.C. 206(a)(1)

**STATE OF CONNECTICUT**
**SUPERIOR COURT**



NAME AND ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY *(To be completed by plaintiff)*

TO:

Francis R. Kucza

87 Greenlawn Street

East Hartford      CT  06108

**SECTION I** *(To be completed by plaintiff)*

| ☐ Judicial District | ☐ Housing Session | ☐ G.A. No. _____ | NAME AND ADDRESS OF COURT (No., Street, Town and Zip Code) |
|---|---|---|---|
| | | | U.S. District Court, 450 Main Street, Hartford, CT 06106 |

NAME OF JUDGMENT DEBTOR

Francis R. Kucza

DOCKET NO.

2:92CV-13  (AVC)

**SECTION II** *(To be completed by banking institution - see instructions on page 2)*

| NAME AND ADDRESS OF BANKING INSTITUTION TO WHICH EXEMPTION CLAIM *(IF ANY)* IS TO BE RETURNED | DATE OF MAILING TO JUDGMENT DEBTOR |
|---|---|
| | |

DESCRIPTION OF ACCOUNT(S) AND AMOUNT(S) REMOVED PURSUANT TO EXECUTION

**SECTION III**                    **NOTICE TO JUDGMENT DEBTOR**

   As a result of a judgment entered against you, the attached execution has been issued against funds deposited by you in the banking institution named above. In compliance with this execution, the banking institution has removed from the account(s) enumerated above the amount of money indicated above.

   **THE MONEY IN YOUR ACCOUNT(S) MAY BE EXEMPT FROM EXECUTION** - The money in your account(s) may be protected from execution by state statutes or by other laws or regulations of this state or of the United States. A checklist and a description of the exemptions established by law are set forth on the page 2.

   **HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW** - If you wish to claim that the money in your account(s) is exempt by law from execution, you must fill out and sign before a proper official the Affidavit of Claim of Exemption below and mail or deliver this exemption claim form to the banking institution at the above address. This form must be received by the banking institution no later than 15 days from the DATE OF MAILING TO THE JUDGMENT DEBTOR indicated above.

   Upon receipt of this form the bank will forward it to the Superior Court and the court clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.

**SECTION IV**          **AFFIDAVIT OF CLAIM OF EXEMPTION ESTABLISHED BY LAW**

   I, the judgment debtor named above, hereby claim and certify under the penalty of false statement that the money in the above account(s) is exempt by law from execution as follows:

| ACCOUNT NUMBER | DESCRIBE CLAIMED EXEMPTION ESTABLISHED BY LAW |
|---|---|
| AMOUNT CLAIMED TO BE EXEMPT | |

| ACCOUNT NUMBER | DESCRIBE CLAIMED EXEMPTION ESTABLISHED BY LAW |
|---|---|
| AMOUNT CLAIMED TO BE EXEMPT | |

☐ Additional sheet(s) attached hereto and made a part hereof *(if necessary)*.

| SIGNED *(Individual attorney or pro se party)* | DATE SIGNED | STATE OF CONNECTICUT, COUNTY OF |
|---|---|---|
| X | | } SS |
| COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR | | SUBSCRIBED AND SWORN TO BEFORE ME THIS |
| | | _____ DAY OF _____, 19 ___ |
| | | SIGNED *(Notary Public, Commissioner of Superior Court)* |
| TELEPHONE NO. | | X |

# E X E C U T I O N

**TO ANY PROPER OFFICER:**

Whereas on said Date of Judgment the above-named Judgment Creditor recovered a judgment against the above-named Judgment Debtor before the above-named Court for the amount of damages and costs above, as appears on record, whereof execution remained to be done. These thereby by **AUTHORITY OF THE UNITED STATES TO COMMAND YOU:**

Within seven (7) days from your receipt of this execution, make demand upon the main office of any banking institution having its main office within your precincts, or if such main office is not within your precincts and such banking institution has one or more branch office within your precincts, upon an employee of such a branch office, such employee and such branch office having been designated by the banking institution in accordance with regulations adopted by the banking commissioner, for payment to you pursuant to section 52-367b of the Connecticut General Statutes and Connecticut Public Act 83-384 for any nonexempt debt due said Judgment Debtor, which sum shall not exceed the total unpaid debt damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment from its date and until the time when this execution shall be satisfied, plus your own fee. After having made such demand, your are directed to serve a true and attested copy of this execution, together with the attached affidavit and exemption claim form, with your doings endorsed thereon, with the banking institution office upon whom such demand was made. Said sum shall be received by you and applied on this execution in accordance with the provision of Section 52-367b of the Connecticut General Statutes.

**HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW.**

Dated at HARTFORD , Connecticut this 24th day of July 19 2003.

Kevin F. Rowe, Clerk

By _A. Montgomery_
Deputy Clerk

## RETURN OF SERVICE

STATE OF CONNECTICUT    :

COUNTY OF            : ss:

                       :

      On the _____ day of _____, 1991, then and there I duly served the

foregoing application, order and execution on _____

_____

by leaving with or at the usual place of abode of _____,

a true and attested copy of the original application, order and execution.

                              Attest:_____
                                       Proper Officer

                              _____
                              Title