UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| RMA PARTNERS, ET AL | : | Civil Case No. 2:92-cv-00013 |
| | : | |
| vs. | : | |
| | : | |
| LOW BIDDER, M/V, ET AL | : | February 6, 2006 |

## **APPEARANCE**

To the Clerk of the Court:

NOTICE is hereby given that the undersigned will appear on behalf of the Movant, PREMIER CAPITAL, LLC, in the above-referenced civil case.

          Respectfully Submitted,


          By:/S/_____
            Joseph A. Maker (Ct09986)
            Attorney at Law
            30 Oak Street
            Stamford, CT 06905
            (203) 324-4129
            fax: (203) 324-2381
            email: jam.law@juno.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed, postage prepaid, this 6th day of February, 2006, to the parties set forth on the attached service list.

/S/_____
Joseph A. Maker (Ct09986)

## SERVICE LIST

David B. Blaber, Esq.
Cummings & Lockwood
Four Stamford Plaza
P.O. Box 120
Stamford, CT  06904-0120
*Attorney for RMA Parnters*

Robert Diaz, Esq.
Bingham Dana
100 Pearl Street
15th Floor
Hartford, CT  06103
*Attorney for RMA Partners*

Frederick S. Ury, Esq.
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT  06825-4718
*Attorney for RMA Partners*

LOW BIDDER, M/V
C/o John Kourey
#2 Cehpiuanoxet Way
Warwick, RI  03818

Bluewater Marine & Tackle, Inc.
C/o Francis R. Kucza, Registered Agent
87 Greenlawn Street
East Hartford, CT 06108

Francis R. Kucza
87 Greenlawn Street
East Hartford, CT 06108