UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| RMA PARTNERS | : | Civil Case No. 2:92-cv-00013 |
| | : | |
| vs | : | |
| | | |
| LOW BIDDER, M/V, ET AL | : | February 6, 2006 |

### MOTION FOR SUBSTITUTION OF PLAINTIFF

Pursuant to F.R.Civ.P. Rule 25(c), the Movant, PREMIER CAPITAL, LLC, respectfully requests the Court to enter an order substituting PREMIER CAPITAL, LLC, of 226 Lowell Street, Wilmington, Massachusetts 01887, as party plaintiff, in place of RMA PARTNERS.  The Movant, PREMIER CAPITAL, LLC, is the transferee of the interest of RMA PARTNERS in this action, and should be substituted as Plaintiff, in order to pursue recovery of the balance of the judgment entered in this action.

THE MOVANT,
PREMIER CAPITAL, LLC

By:/S/_____
    Joseph A. Maker (Ct09986)
    Attorney at Law
    30 Oak Street
    Stamford, CT 06905
    (203) 324-4129
    fax: (203) 324-2381
    email: jam.law@juno.com

NO ORAL ARGUMENT REQUESTED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| RMA PARTNERS | : | Civil Case No. 2:92-cv-00013 |
| | : | |
| vs. | : | |
| | : | |
| LOW BIDDER, M/V, ET AL | : | |

## **ORDER**

The foregoing Motion for Substitution, having been presented to the Court, and after notice and opportunity for hearing thereon, it is hereby ORDERED, that PREMIER CAPITAL, LLC be substituted in this action as plaintiff in place of RMA PARTNERS, and that the case caption of this civil action so reflect PREMIER CAPITAL, LLC as plaintiff.

IT IS SO ORDERED.

BY THE COURT

_____
HON. ALFRED V. COVELLO
UNITED STATES DISTRICT JUDGE

*Dated at Hartford, Connecticut*

_____, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| RMA PARTNERS | : | Civil Case No. 2:92-cv-00013 |
| | : | |
| vs. | : | |
| | : | |
| LOW BIDDER, M/V, ET AL | : | February 6, 2006 |

### MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUBSTITUTION

**I.   INTRODUCTION:**

This civil action was commenced by complaint filed on or about January 10, 1992. On or about February 8, 1994, the Court entered a default judgment against the defendants, Low Bidder, M/V, Bluewater Marine & Tackle, Inc., and Francis R. Kucza, in the amount of $35,152.18.

**II.   LAW AND ARGUMENT:**

The authority to enter an order substituting a party after transfer of interest is set forth in F.R.Civ.P. Rule 25(c), which states, in pertinent part, that: "In case of any transfer of interest, the action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action or joined with the original party."

The Movant, PREMIER CAPITAL, LLC, is the transferee of the interest of the Plaintiff, RMA PARTNERS, in this judgment. A copy of an Assignment of Judgment is

attached hereto as Exhibit A.  Therefore, the Movant, PREMIER CAPITAL, LLC, should be substituted as plaintiff in this action in place of RMA PARTNERS.

### III.    CONCLUSION:

For the foregoing reasons, the Movant respectfully requests the Court to order that the Movant, PREMIER CAPITAL, LLC, be substituted as plaintiff in the action, in place of RMA PARTNERS, and that the case caption so reflect PREMIER CAPITAL, LLC as plaintiff.

        THE MOVANT,
        PREMIER CAPITAL, LLC


By:/S/_____
    Joseph A. Maker (Ct09986)
    Attorney at Law
    30 Oak Street
    Stamford, CT 06905
    (203) 324-4129
    fax: (203) 324-2381
    email: jam.law@juno.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| RMA PARTNERS | : | Civil Case No. 2:92-cv-00013 |
| | : | |
| vs. | | |
| | | |
| LOW BIDDER, M/V, ET AL | : | February 6, 2006 |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUBSTITUTION**

    Submitted by:

    THE MOVANT,
    PREMIER CAPITAL, LLC


By:/S/_____
    Joseph A. Maker (Ct09986)
    Attorney at Law
    30 Oak Street
    Stamford, CT 06905
    (203) 324-4129
    fax: (203) 324-2381
    email: jam.law@juno.com
    Attorney for Movant

NO ORAL ARGUMENT REQUESTED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| RMA PARTNERS | : | Civil Case No. 2:92-cv-00013 |
| | : | |
| vs. | : | |
| | : | |
| LOW BIDDER, M/V, ET AL | : | February 6, 2006 |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUBSTITUTION

### TABLE OF CONTENTS

Table of Rules…………………………page 1

Introduction…………………………….page 2

Law and Argument…………………….page 2

Conclusion……………………………..page 3

Exhibit A……………………………….page 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| RMA PARTNERS | : | Civil Case No. 2:92-cv-00013 |
| | : | |
| vs. | : | |
| | : | |
| LOW BIDDER, M/V, ET AL | : | February 6, 2006 |

# **MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUBSTITUTION**

## **TABLE OF RULES**

F.R.Civ.P. Rule 25(c)………………………….page 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| RMA PARTNERS | : | Civil Case No. 2:92-cv-00013 |
| | : | |
| vs. | : | |
| | : | |
| LOW BIDDER, M/V, ET AL | : | February 6, 2006 |

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that copies of the Motion for Substitution, Proposed Order, Memorandum of Law and Exhibit were sent via mail, postage prepaid, on February 6, 2006, to the persons on the annexed service list.

THE MOVANT,
PREMIER CAPITAL, LLC

By:/S/_____
Joseph A. Maker (Ct09986)
Attorney at Law
30 Oak Street
Stamford, CT 06905
(203) 324-4129
fax: (203) 324-2381
email: jam.law@juno.com
Attorney for Movant

**SERVICE LIST**

David B. Blaber, Esq.
Cummings & Lockwood
Four Stamford Plaza
P.O. Box 120
Stamford, CT 06904-0120
*Attorney for RMA Parnters*

Robert Diaz, Esq.
Bingham Dana
100 Pearl Street
15th Floor
Hartford, CT 06103
*Attorney for RMA Partners*

Frederick S. Ury, Esq.
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825-4718
*Attorney for RMA Partners*

LOW BIDDER, M/V
C/o John Kourey
#2 Cehpiuanoxet Way
Warwick, RI 03818

Bluewater Marine & Tackle, Inc.
C/o Francis R. Kucza, Registered Agent
87 Greenlawn Street
East Hartford, CT 06108

Francis R. Kucza
87 Greenlawn Street
East Hartford, CT 06108