UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| RMA PARTNERS, ET AL | : | Civil Case No. 2:92-cv-00013 |
| | : | |
| vs. | : | |
| | : | |
| LOW BIDDER, M/V, ET AL | : | February 10, 2006 |

## **CERTIFICATION**

I hereby certify that a copy of the Consent to Electronic Notice by Pro Se Litigant was mailed, postage prepaid, this 10th day of February, 2006, to the following pro se parties set forth on the attached service list.

        THE MOVANT,
        PREMIER CAPITAL, LLC


        By:/S/_____
        Joseph A. Maker (Ct09986)
        Attorney at Law
        30 Oak Street
        Stamford, CT 06905
        (203) 324-4129
        fax: (203) 324-2381
        email: jam.law@juno.com

**SERVICE LIST**

LOW BIDDER, M/V
C/o John Kourey
#2 Cehpiuanoxet Way
Warwick, RI  03818

Bluewater Marine & Tackle, Inc.
C/o Francis R. Kucza, Registered Agent
87 Greenlawn Street
East Hartford, CT 06108

Francis R. Kucza
87 Greenlawn Street
East Hartford, CT 06108