UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| RMA PARTNERS | : Civil Case No. 2:92-cv-00013 (Avc) |
| vs | : |
| LOW BIDDER, M/V, ET AL | : February 6, 2006 |

### MOTION FOR SUBSTITUTION OF PLAINTIFF

Pursuant to F.R.Civ.P. Rule 25(c), the Movant, PREMIER CAPITAL, LLC, respectfully requests the Court to enter an order substituting PREMIER CAPITAL, LLC, of 226 Lowell Street, Wilmington, Massachusetts 01887, as party plaintiff, in place of RMA PARTNERS. The Movant, PREMIER CAPITAL, LLC, is the transferee of the interest of RMA PARTNERS in this action, and should be substituted as Plaintiff, in order to pursue recovery of the balance of the judgment entered in this action.

THE MOVANT,
PREMIER CAPITAL, LLC

By: /s/ Joseph A. Maker
Joseph A. Maker (Ct09986)
Attorney at Law
30 Oak Street
Stamford, CT 06905
(203) 324-4129
fax: (203) 324-2381
email: jam.law@juno.com

NO ORAL ARGUMENT REQUESTED

March 15, 2006. There being no objection, the motion is GRANTED. SO ORDERED.

Alfred V. Covello, U.S.D.J.