UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

RMA PARTNERS                               :         Civil Case No. 2:92-cv-00013

vs.

LOW BIDDER, M/V, ET AL        :

### ORDER

The foregoing Motion for Substitution, having been presented to the Court, and after notice and opportunity for hearing thereon, it is hereby ORDERED, that PREMIER CAPITAL, LLC be substituted in this action as plaintiff in place of RMA PARTNERS, and that the case caption of this civil action so reflect PREMIER CAPITAL, LLC as plaintiff.

IT IS SO ORDERED.

BY THE COURT

_____
HON. ALFRED V. COVELLO
UNITED STATES DISTRICT JUDGE

*Dated at Hartford, Connecticut*

March 15,      , 2006

1